IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16 CR 00553 HEA/NAB |
| ) | |
| JOSEPH MAHFOOD, ) | |
| ) | |
| Defendant. ) | |

ENTRY OF APPEARANCE

Comes now Paul J. D'Agrosa and enters his appearance on behalf of the Defendant in the above cause.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA

/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)
7710 Carondelet, Suite 200
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax
Paul@wolffdagrosa.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2016 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: All attorneys of record.

/s/ Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)