# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date **9/18/17**  Case No. **4:16CR00553 HEA-2**

UNITED STATES OF AMERICA vs. **CAROL JEAN HAZER**

Judge **AUTREY**  Court Reporter **A. Daley**

Deputy Clerk **K. Shirley**  Interpreter _____

Assistant United States Attorney(s) **Gwendolyn Carroll**

Attorney(s) for Defendant **Douglas Forsyth**

**Arraignment/Waiver of Indictment/Plea:**

☐ Defendant sworn.  Defendant's age _____ Education _____
☐ Defendant waives assistance of counsel ☐ Waiver filed
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY
  to counts _____ of the ☐ superseding ☐ indictment ☐ information
☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**

☐ The Court finds the defendant competent to enter a plea of guilty.
☐ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) _____ of the ☐ superseding ☐ information ☐ indictment
☐ Guilty Plea Agreement filed  ☐ Guilty Plea Supplement filed under seal
☐ Ordered that count(s) _____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
☐ Sentencing set _____ at _____
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE _____
☐ Defendant is remanded to custody ☑ Defendant is released on existing bond

STATUS UPDATE:  The defendant takes issue with the agreement.  Case will be set for trial.

Proceedings commenced **11:00am-11:23 am**  concluded at **11:30am-11:33 am**